UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. BRINK,<br><br>             Plaintiff,<br><br>      v.<br><br>ALTERNATIVE LOAN TRUST 2006-39CB; BANK OF NEW YORK MELLON,<br><br>             Defendants. | No.  2:13-cv-0862 LKK DAD PS<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

Plaintiff David Brink, proceeding pro se, commenced this action on May 2, 2013, by filing a complaint and paying the required filing fee.  On July 19, 2013, the undersigned issued an order setting a Status (Pretrial Scheduling) Conference in this matter for September 6, 2013.  (Doc. No. 5.)  Defendants, however, were not served with summons and a copy of the complaint until August 13, 2013.  (Doc. No. 6 at 7.)

On August 29, 2013, defendants filed a motion requesting a continuation of the September 6, 2013 Status (Pretrial Scheduling) Conference.  (Doc. No. 7.)  Therein, defendants assert that plaintiff does not oppose their request.  (Id. at 3.)  Moreover, in his status report filed

/////

/////

/////

1

August 23, 2013, plaintiff has indicated that he intends to file an amended complaint.[1]  (Doc. No. 6 at 2.)

Accordingly, good cause appearing, **IT IS ORDERED** that:

1. Defendants' August 29, 2013 motion to continue (Doc. No. 7) is granted;

2. The Status (Pretrial Scheduling) Conference set for Friday, September 6, 2013, is continued to **Friday, November 8, 2013 at 10:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27 before the undersigned;

3. Each party is required to appear at the Status Conference, either by counsel or, if proceeding in propria persona, on his own behalf.  Any party may appear at the Status (Pretrial Scheduling) Conference telephonically if the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 at least 48 hours before the Status (Pretrial Scheduling) Conference.  A land line telephone number must be provided;

4. Plaintiff shall file and serve a status report on or before October 25, 2013, and defendants shall file and serve a status report on or before November 8, 2013.  Each party's status report shall address all of the following matters:

    a.    Progress of service of process;

    b.    Possible joinder of additional parties;

    c.    Possible amendment of the pleadings;

    d.    Jurisdiction and venue;

    e.    Anticipated motions and the scheduling thereof;

    f.    Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

    g.    Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

---

[1] Plaintiff is advised that pursuant to Rule 15 of the Federal Rules of Civil Procedure, plaintiff may amend his complaint once as a matter of course within 21 days after serving it or, 21 days after a defendant has served a responsive pleading or motion.

        h.      Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

        i.      Whether the case is related to any other case, including matters in bankruptcy;

        j.      Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualification by virtue of his so acting, or whether they prefer to have a Settlement Conference before another magistrate judge;

        k.      Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

        l.      Any other matters that may aid in the just and expeditious disposition of this action.

5. The parties are advised that failure to file a timely status report, or failure to appear at the status conference either in person or telephonically, may result in sanctions for failure to comply with court orders and applicable rules.  <u>See</u> Local Rules 110 and 183.

Dated:  August 30, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\brink0862.ossc2.docx

3