1  **BRYAN CAVE LLP**
   Andrea M. Hicks, California Bar No. 219836
2  Margaret K. Thies, California Bar No. 283408
   Sharon L. Stewart, California Bar No. 235706
3  560 Mission Street, Floor 25
   San Francisco, CA 94105
4  Telephone:   (415) 675-3400
   Facsimile:   (415) 675-3434
5  Email:       andrea.hicks@bryancave.com
                peggy.thies@bryancave.com
6               stewarts3@bryancave.com

7  **Attorneys for Defendants**
   CWALT, Inc., Alternative Loan Trust 2006-39CB (erroneously sued as "Alternative Loan Trust
8  2006-39CB") and The Bank of New York Mellon, as successor to The Bank of New York, as
   Trustee for the CWALT, Inc. Alternative Loan Trust 2006-39CB, Mortgage Pass-Through
9  Certificates, Series 2006-39CB (erroneously sued as "Bank of New York Mellon, fka/ Bank of
   New York as Trustee for the Alternative Loan Trust 2006-39CB")

10

11              **IN THE UNITED STATES DISTRICT COURT FOR THE**

12                      **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 13  DAVID L. BRINK, | No. 2:13-cv-00862 LKK DAD PS |
| 14           Plaintiff, | **JOINT STIPULATION TO CONTINUE DEFENDANTS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-39CB AND THE BANK OF NEW YORK MELLON, AS SUCCESSOR TO THE BANK OF NEW YORK, AS TRUSTEE FOR THE CWALT, INC. ALTERNATIVE LOAN TRUST 2006-39CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-39CB'S TIME TO RESPOND TO COMPLAINT AND ORDER** |
| 15           vs. | |
| 16  ALTERNATIVE LOAN TRUST 2006-39CB; BANK OF NEW YORK MELLON, | |
| 17  fka/ BANK OF NEW YORK AS TRUSTEE FOR THE ALTERNATIVE LOAN TRUST | |
| 18  2006-39CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES | |
| 19  2006-39CB and DOES 1-10, | |
| 20           Defendants. | |

21

22  /////

23  /////

24  /////

25  /////

26  /////

27  /////

28                              /////

**STIPULATION**

Defendants CWALT, Inc., Alternative Loan Trust 2006-39CB and The Bank of New York Mellon, as successor to The Bank of New York, as Trustee for the CWALT, Inc. Alternative Loan Trust 2006-39CB, Mortgage Pass-Through Certificates, Series 2006-39CB (collectively, "Defendants"), by and through their counsel of record and Plaintiff David L. Brink ("Plaintiff"), hereby stipulate and agree as follows:

1. Plaintiff filed his Complaint in this action on May 2, 2013.

2. On or around August 10, 2013, Plaintiff mailed process to Defendants' counsel, including a Waiver of Service of Summons, which defense counsel executed and returned to Plaintiff on August 13, 2013.

3. Defendants' deadline to respond to the Complaint is October 9, 2013.

4. There has been one previous time modification entered in this case when the Court granted Defendants' request to continue the Initial Status Conference, from September 6, 2013 to November 8, 2013, along with the parties' respective deadlines for filing status reports.

5. In order to allow additional time for defense counsel to investigate the facts of this case, allow the parties to engage in good faith settlement negotiations, including a possible loan modification review, allow Plaintiff time to seek leave of Court to file an amended Complaint, reduce the costs of litigation for all parties, and unburden the Court's docket, Plaintiff and Defendants agree and stipulate that Defendants' deadline to file a responsive pleading to Plaintiff's Complaint shall be extended twenty-eight (28) days until and including **November 6, 2013**.

6. This stipulated extension will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant.

/////
/////
/////
/////
/////

1   7. This change will not alter the date of any event or any deadline already fixed by
2 Court order.

3 **IT IS SO STIPULATED.**

5 Dated:  October 10, 2013                                          Respectfully submitted,

7                                                                                   By:     /s/ David L. Brink_____
8                                                                                              David L. Brink
                                                                                               Pro Per Plaintiff

11 Dated:  October 10, 2013                                         Respectfully submitted,

12                                                                                   **BRYAN CAVE LLP**

14                                                                                   By:     /s/ Sharon L. Stewart
15                                                                                              Sharon L. Stewart
                                                                                                Attorneys for Defendants
16                                                                                              CWALT, INC., ALTERNATIVE LOAN
                                                                                                TRUST 2006-39CB and THE BANK OF
17                                                                                              NEW YORK MELLON, AS SUCCESSOR
                                                                                                TO THE BANK OF NEW YORK, AS
18                                                                                              TRUSTEE FOR THE CWALT, INC.
                                                                                                ALTERNATIVE LOAN TRUST 2006-
19                                                                                              39CB, MORTGAGE PASS-THROUGH
                                                                                                CERTIFICATES, SERIES 2006-39CB

Bryan Cave LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105

**ORDER**

Having reviewed the stipulation of Plaintiff David L. Brink and Defendants CWALT, Inc., Alternative Loan Trust 2006-39CB and The Bank of New York Mellon, as successor to The Bank of New York, as Trustee for the CWALT, Inc. Alternative Loan Trust 2006-39CB, Mortgage Pass-Through Certificates, Series 2006-39CB and good cause appearing, the deadline for Defendants to respond to Plaintiff's Complaint is extended to **November 6, 2013**.

**IT IS SO ORDERED**.

Dated:  October 10, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1\orders.pro se\brink0862.eot.doc